**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSICA IVY PERRYMAN, | ) | No. CV 05-6231-CW |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is **DENIED AS MOOT**, and for other reasons discussed in the Decision and Order filed concurrently.

DATED: September 29, 2008

                                                  /s/
                                             CARLA M. WOEHRLE
                                  United States Magistrate Judge